# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**Instructions:**
1. Submit this Reimbursement Voucher to the Manager of Courtroom Deputies in the vicinage where the case is pending.
2. Attach all supporting documentation including detailed invoices for each expenses for which reimbursement is sought.
3. *Pro Bono* counsel must attached the original approved Application for Pre-Approval where reimbursement of expenses exceed a total of $5000.

## REIMBURSEMENT VOUCHER FOR EXPENSES OF *PRO BONO* COUNSEL

I, Richard A. Ulsamer, Esq. duly appointed as pro bono counsel to represent Keishawn Brown in the matter of Brown v. Grey, et al., Civil Action No. 20-07718, hereby request reimbursement pursuant to Appendix H of the Court's Local Civil rules, for expenses incurred in the representation of my pro bono client in the amount of $ 807.20. The check should be made payable to:

Tompkins, McGuire, Wachenfeld & Barry, LLP
**Name of Attorney/Firm**

22-2491440
**Tax I.D. #**

3 Becker Farm Road, 4th Floor, Roseland, New Jersey 07068
**Address of Attorney/Firm**

I certify that the expenses, for which a detailed copy of invoice(s) is/are attached, is/are reasonable and necessary and were actually incurred herein.

DATE: April 21, 2021       *[signature]*
                          **SIGNATURE OF *Pro Bono* Counsel**
                          Richard A. Ulsamer

The above application of *pro bono* counsel is fair and reasonable and payment is recommended from the DISTRICT OF NEW JERSEY's ATTORNEY ADMISSION FUND.

DATE: _____       _____
                          **SIGNATURE OF JUDGE**

**PLEASE FORWARD THE COMPLETED APPLICATION TO WILLIAM T. WALSH, CLERK OF THE COURT**

| Tompkins McGuire Wachenfeld & Barry LLP | | | |
|---|---|---|---|
| Request for Expenses Incurred | | | |
| 9200 | Pro Bono Matter | | |
| 106 | Brown, Keishawn vs. Alfaro Ortiz, Roy Hendricks, Steve Pringle, Sgt Vargas, Officer D. Gray, Sgt. Major and Shift Commander Leak | | |
| As of April 20, 2021 | | | |
| Date | Exp Code | Amount | Description |
| **Long Distance Travel:** | | | |
| 10/17/19 | E109 | 156.60 | RICHARD A. ULSAMER; Local Travel CK# 93571 (10/15/19 travel to Bayside State Prison - Leesburg, NJ for interview of Pro Bono Client Keishawn Brown - 270 miles at 0.580 per mile) |
| 10/17/19 | E124 | 10.60 | RICHARD A. ULSAMER; Other CK# 93571 (Tolls in connection with 10/15/19 travel to Bayside State Prison - Leesburg, NJ for interview of Pro Bono Client Keishawn Brown) |
| **Medical Records:** | | | |
| 11/18/19 | E102 | 210.00 | LOGICAL SOURCE; Outside Printing CK# 93859 RAU (11/8/19 request for medical records of Keshawn Brown from University Hospital) |
| 11/18/19 | E102 | 30.00 | LOGICAL SOURCE; Outside Printing CK# 93860 RAU (11/8/19 request for radiology cd on Keshawn Brown from University Hospital) |
| **Court Fees:** | | | |
| 06/25/20 | E112 | 400.00 | Court Fees 6/28/20 AM EX CLOSING DATE Courts - USDC / NJ RAU (Filing fee) |
| **Total Expenses** | | **$ 807.20** | |

TOMPKINS, McGUIRE & WACHENFELD

EXPENSE ACCOUNT VERIFICATION

NAME: Richard A. Ulsamer

DATES: October 15, 2019

PLACE: Bayside State Prison - Leesburg, N.J.

OCCASION: Interview of Pro Bono Client Keishawn Brown

| | | |
|---|---|---|
| 1. | MEALS - See Attached | $ |
| 2. | HOTEL or MOTEL | $ |
| 3. | TELEPHONE & WIRE EXPENSE | $ |
| 4. | TRANSPORTATION COST: | $ |
| | (a) Cab Fares | $ |
| | (b) Mileage 270 at .58 | $156.60 |
| | (c) RR or Plane - PATH | $ |
| | (d) Other - Tolls | $10.60 |
| 5. | REGISTRATION OR ADMISSION CHARGES | $ |
| 6. | ENTERTAINMENT COSTS (Explain) | $ |
| 7. | OTHER (Explain) - Parking (Attached) | $ |

TOTAL COSTS: $167.20

LESS - ADVANCES, IF ANY $_____

CHARGED DIRECTLY TO FIRM $_____

DUE ME $167.20

SIGNATURE: _____

APPROVED BY: _____

PLEASE: Attach all receipts for verification. Explain entertainment costs with particularity, either on the back of this sheet or on an attached sheet, to demonstrate to firm the business character of the entertainment and including names of persons entertained.

If any costs are chargeable to a particular client, please indicate name of client and amount chargeable here:

Client Name: Federal Pro Bono Assignment - Keishawn Brown

Client/Matter No: 9200-106

Amount of Cost to be Charged: $167.20



# Logical Source

PO Box 349
Wayne, NJ 07474
973-972-7149

## INVOICE

| Date | Invoice # |
|---|---|
| 11/08/2019 | 129231 |

| Bill To | Ship To |
|---|---|
| TOMPKINS, MCGUIRE, WACHENFELD & BARRY<br>3 BECKER FARM ROAD 4TH FLOOR<br>ROSELAND, NJ 070681726<br>ATTN: RICHARD A. ULSAMER 9200-106<br>9736237066 | TOMPKINS, MCGUIRE, WACHENFELD & BARRY<br>3 BECKER FARM ROAD 4TH FLOOR<br>ROSELAND, NJ 070681726<br>ATTN: RICHARD A. ULSAMER 9200-106<br>9736237066 |

**Medical Records from University Hospital**

| Patient Name | Reference # | Request # | LSI | Terms |
|---|---|---|---|---|
| KESHAWN BROWN | 9200-106 | 691591 | LSI | Due on Receipt |

*RECORDS REQUEST HAS BEEN PROCESSED. IT WILL BE SHIPPED UPON PAYMENT RECEIPT*

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 100 | DOS: 08/13/2012 to 08/27/2012 Page Fee (up to first 100 pages) | $1.00 | $100.00 |
| 400 | DOS: 08/13/2012 to 08/27/2012 Page Fee (pages 101-500) | $0.25 | $100.00 |
| 220 | DOS: 08/13/2012 to 08/27/2012 Page Fee (pages 500+) | $0.00 | $0.00 |
|  | Retrieval Fee: |  | $10.00 |
|  | Shipping: |  | $0.00 |

Federal Tax ID# 22-3241460

**Make checks payable to Logical Source Inc.**
*\* Please include invoice number(s) on payment*

| Invoice Total: | $210.00 |
|---|---|
| Discounts: |  |
| Payments/Credits: | $0.00 |
| Balance Due: | $210.00 |

**TOMPKINS, McGUIRE, WACHENFELD & BARRY LLP**                                                                                        93859

| VENDOR: | LOGICAL SOURCE | | | | CHECK NO: | 93859 |
|---|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | |
| 105363 | 129231 | 11/08/2019 | 210.00 | 210.00 | 0.00 | |

INVOICE # 129231
RAU MEDICAL RECORDS 9200-106

---

93859

**TOMPKINS, McGUIRE, WACHENFELD & BARRY LLP**
ATTORNEY BUSINESS ACCOUNT
3 BECKER FARM ROAD, STE 402
ROSELAND, NJ 07068-1726

**Valley**
VALLEY.COM
Valley National Bank
55-138/212

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 93859 | 11/18/2019 | LOGSOU |

PAY  Two hundred ten and NO/100**************************************************

CHECK AMOUNT
US Dollars   $210.00

TO THE ORDER OF
LOGICAL SOURCE
P. O. BOX 349
WAYNE, NJ  07474

TOMPKINS, McGUIRE, WACHENFELD & BARRY LLP
ATTORNEY BUSINESS ACCOUNT

AUTHORIZED SIGNATURE

⑈093859⑈ ⑆021201383⑆ ⑈000041916603⑈

---

93859

| VENDOR: | | | | | CHECK NO: | |
|---|---|---|---|---|---|---|
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | |

PRODUCT SSLM228   USE WITH 91500 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop   PRINTED IN U.S.A.   A   86237862001





# INVOICE

| Date | Invoice # |
|---|---|
| 11/08/2019 | 129232 |

PO Box 349
Wayne, NJ 07474
973-972-7149

| Bill To |
|---|
| TOMPKINS, MCGUIRE, WACHENFELD & BARRY<br>3 BECKER FARM ROAD 4TH FLOOR<br>ROSELAND, NJ 070681726<br>ATTN: RICHARD A. ULSAMER, ESQ 9200-106<br>9736237066 |

| Ship To |
|---|
| TOMPKINS, MCGUIRE, WACHENFELD & BARRY<br>3 BECKER FARM ROAD 4TH FLOOR<br>ROSELAND, NJ 070681726<br>ATTN: RICHARD A. ULSAMER, ESQ 9200-106<br>9736237066 |

## Medical Records from University Hospital

| Patient Name | Reference # | Request # | LSI | Terms |
|---|---|---|---|---|
| KESHAWN BROWN | 9200-106 | 691592 | LSI | Due on Receipt |

*RECORDS REQUEST HAS BEEN PROCESSED. IT WILL BE SHIPPED UPON PAYMENT RECEIPT*

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 1 | DOS: 08/12/2012 to 08/22/2012 | $1.00 | $0.00 |
|  | RADIOLOGY CD: |  | $10.00 |
|  | Shipping: UPS |  | $20.00 |

Federal Tax ID# 22-3241460

**Make checks payable to Logical Source Inc.**
* Please include invoice number(s) on payment

| Invoice Total: | $30.00 |
|---|---|
| Discounts: |  |
| Payments/Credits: | $0.00 |
| Balance Due: | $30.00 |

| | | | | | 93860 |
|---|---|---|---|---|---|
| TOMPKINS, McGUIRE, WACHENFELD & BARRY LLP | | | | | |
| VENDOR: | LOGICAL SOURCE | | | CHECK NO: | 93860 |
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
| 105364 | 129232 | 11/08/2019 | 30.00 | 30.00 | 0.00 |

INVOICE # 129232
RAU RADIOLOGY RECORDS 9200-106

---

**93860**

**TOMPKINS, McGUIRE, WACHENFELD & BARRY LLP**
ATTORNEY BUSINESS ACCOUNT
3 BECKER FARM ROAD, STE 402
ROSELAND, NJ 07068-1726

**Valley**
VALLEY.COM
Valley National Bank
55-138/212

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 93860 | 11/18/2019 | LOGSOU |

PAY   Thirty and NO/100************************************************

CHECK AMOUNT
US Dollars   $30.00

TO THE ORDER OF
LOGICAL SOURCE
P. O. BOX 349
WAYNE, NJ 07474

TOMPKINS, McGUIRE, WACHENFELD & BARRY LLP
ATTORNEY BUSINESS ACCOUNT

AUTHORIZED SIGNATURE

⑈093860⑈ ⑆021201383⑆ ⑈000041916603⑈

---

| | | | | | 93860 |
|---|---|---|---|---|---|
| VENDOR: | | | | CHECK NO: | |
| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |

PRODUCT SSLM228   USE WITH 91500 ENVELOPE   Deluxe Corporation 1-800-328-0304 or www.deluxe.com/shop   PRINTED IN U.S.A.   A   86237862001

# Mary Beth Guenther

| | |
|---|---|
| **From:** | Richard A. Ulsamer |
| **Sent:** | Wednesday, June 24, 2020 2:26 PM |
| **To:** | Accounting |
| **Subject:** | FW: Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT |

FYI

Complaint filing fee.
Case # 2:20-cv-7718
File # 9200-106


Richard A. Ulsamer | Partner
Tompkins, McGuire, Wachenfeld & Barry, LLP
3 Becker Farm Road | Fourth Floor
Roseland, New Jersey 07068-1726
T: 973.623.7585 | F: 973.623.7780
rulsamer@tompkinsmcguire.com
website | bio | vCard | office

The information in this e-mail is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Tompkins, McGuire, Wachenfeld & Barry, LLP for any loss or damage arising in any way from its use.

Circular 230 Disclosure: To comply with U.S. Treasury Regulations, we inform you that, unless otherwise expressly indicated, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used by the recipient or any other person, for the purpose of (1) avoiding penalties that may be imposed under the Internal Revenue Code or any other applicable tax law, or (2) promoting, marketing or recommending to another party any transaction, arrangement or other matter addressed herein. Thank you.


-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Wednesday, June 24, 2020 2:23 PM
To: Richard A. Ulsamer <RUlsamer@tompkinsmcguire.com>
Subject: Pay.gov Payment Confirmation: NEW JERSEY DISTRICT COURT

[EXTERNAL]


Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Department at (609) 989-0468.

Account Number: 6059313

1

Court: NEW JERSEY DISTRICT COURT
Amount: $400.00
Tracking Id: ANJDC-10985937
Approval Code: 163686
Card Number: *************1034
Date/Time: 06/24/2020 02:23:20 ET

Person Completing Transaction: Richard A Ulsamer
Attorney Name: Richard A Ulsamer
Attorney Email: rulsamer@tompkinsmcguire.com

NOTE: This is an automated message. Please do not reply

2

**AMERICAN EXPRESS**

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| JOSEPH COBUZIO/CBA<br>TOMPKINS, MCGUIRE | XXXX-XXXXX4-51000 | 06/28/20 | Page 5 of 5 |

## Activity Continued

**Card Number XXXX-XXXXX4-51034**

| Date | Description | Reference Code | Amount $ |
|---|---|---|---|
| 05/31/20 | APPELLATE COURT 0000 TRENTON NJ<br>REF# 120374750  609-296-1114  05/29/20<br>GOVERNMENT SERVICES<br>ROC NUMBER 120374750 | 12037475000 | 51.50 |
| 06/01/20 | AUTOMATED TRANSCRIPT SICKLERVILLE NJ<br>REF# 14611  8567844276  06/01/20<br>MISC. PRODUCTS<br>ROC NUMBER 14611 | 14611000000 | 460.00 |
| 06/03/20 | ZOOM Zoom  SAN JOSE  CA<br>821093198 P-25152282  07068 06/02/20<br>ZOOM<br>ROC NUMBER 821093198 | 82109319800 | 14.99 |
| 06/03/20 | ZOOM Zoom  SAN JOSE  CA<br>820093020 P-25158910  07068 06/02/20<br>ZOOM<br>ROC NUMBER 820093020  TAX  $0.99 | 82009302000 | 15.98 |
| 06/04/20 | 1-800-FLOWERS.COM  800-468-1141  NY<br>REF# 5456441707  FLORAL PROD  06/03/20 | 54564417070 | 191.64 |
| 06/04/20 | COURTS/USDC-NJ-PG 00 TRENTON  NJ<br>999999901 ANJDC-10895030  08608 06/03/20<br>STATUTORY<br>ROC NUMBER 9999999015600007 | 99999990156 | 150.00 |
| 06/06/20 | LAWYERS REG 0000  TRENTON  NJ<br>REF# 121224106  609-726-1191  06/04/20<br>GOVERNMENT SERVICES<br>ROC NUMBER 121224106 | 12122410600 | 519.12 |
| 06/11/20 | NJ ANNUAL REPORT SER TRENTON  NJ<br>REF# 122017278  609-586-2600  06/10/20<br>GOVERNMENT SERVICES<br>ROC NUMBER 122017278 | 12201727800 | 128.00 |
| 06/18/20 | BESTBUYCOM8061446589 RICHFIELD  MN<br>REF# 052403182  888-BESTBUY  06/17/20<br>BBY01-806144658922<br>ROC NUMBER 052403182 | 05240318200 | 102.30 |
| 06/20/20 | TRUCKING INDUSTRY DE BALTIMORE  MD<br>REF# 74207850172  410-931-8100  06/19/20 | 74207850172 | 235.00 |
| 06/23/20 | NJDEFENSEASSOC.COM  LINWOOD  NJ<br>REF# NT_HWEMPPLP 6099271180  06/23/20 | | 30.00 |
| 06/25/20 | COURTS/USDC-NJ-PG 00 TRENTON  NJ<br>999999901 ANJDC-10985937  08608 06/24/20<br>STATUTORY<br>ROC NUMBER 9999999017700008 | 99999990177 | 400.00 |

**Total for JOSEPH K COBUZIO**

New Charges/Other Debits  2,298.53
Payments/Other Credits  0.00